UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TRI-ANGELS MUSIC, TARPO MUSIC PUBLISHING, NOTTING DALE SONGS, BE ORIGINAL MUSIC, BORN INTO LOVE MUSIC, and NITE WRITER MUSIC,<br><br>    Plaintiffs,<br><br>v.<br><br>1025 WNR1, INC. and MANI MOBASSER,<br><br>    Defendants. | CIVIL ACTION NO.<br>_____ |

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiffs certifies that:

Tri-Angels Music, Tarpo Music Publishing, Notting Dale Songs, Be Original Music, Born Into Love Music, and Nite Writer Music have no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

/s/ *Stacy R. Obenhaus*
Stacy R. Obenhaus
Texas Bar No. 15161570
S.D. Tex. No. 11260
Megan Martinez
Texas Bar No. 24126817
S.D. Tex. No. 3782086
Foley & Lardner LLP
1000 Louisiana, Suite 2000
Houston, Texas  77002-5011
Tel:    713-276-5500
Fax:    713-276-5555

Attorneys for Plaintiffs